UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:                                         CASE NO: 05-43796
    ROSETTA WILLIAMS                                   (Chapter 13)

                          Debtor          JUDGE GUY R. HUMPHREY

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which
are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4004926**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 6/ 16 | SAMARITAN EMERGENCY CORP<br>% NCO FINANCIAL SYSTEMS INC<br>BOX 41567<br>PHILADELPHIA, PA  19101 | 12.50 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/15/2010

Certificate of Service                    05-43796

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

ROSETTA WILLIAMS                 SCOTT A KRAMER                      (16.3)
1731 KIPLING DRIVE               2275 MIAMISBURG-CENTERVILLE RD      NCO FINANCIAL SYSTEMS INC
DAYTON, OH 45406                  SUITE 400                          1804 WASHINGTON BLVD
                                 DAYTON, OH 45459                    #500
                                                                    BALTIMORE, MD 21230

(16.1)
SAMARITAN EMERGENCY CORP
% NCO FINANCIAL SYSTEMS INC
BOX 41567
PHILADELPHIA, PA 19101

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner            bl

0543796_42_20100315_1531_278/T317_bl
###